# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D17-1207
1D17-1397
(Consolidated for disposition)

_____

FLORIDA FARM BUREAU
CASUALTY INSURANCE COMPANY
and FLORIDA FARM BUREAU
GENERAL INSURANCE COMPANY,
Florida corporations,

   Appellants,

   v.

MAY NURSERY, INC., NATHAN
WILDER, and DAMARLON DEON
DEBOSE,

   Appellees.

_____

On appeal from the Circuit Court for Gadsden County.
Francis J. Allman, Judge.

September 18, 2018


PER CURIAM.

   AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Caryn L. Bellus and Barbara E. Fox of Kubicki Draper, P.A., Miami, for Appellants.

William D. Horgan and J. Breck Brannen of Pennington, P.A., Tallahassee, for Appellees May Nursery, Inc. and Nathan Wilder. No appearance for Damarlon Debose.